**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**TRI-COASTAL DESIGN GROUP, INC.,**

    **Plaintiff,**

v.

**DOLLAR TREE, INC.,
DOLLAR TREE STORES, INC., and
GREENBRIER INTERNATIONAL, INC.,**

    **Defendants.**

                                                        **CIVIL ACTION NO.: 2:16-CV-636**

**DOLLAR TREE STORES, INC., and
GREENBRIER INTERNATIONAL, INC.,**

    **Counterclaim Plaintiffs,**

v.

**TRI-COASTAL DESIGN GROUP, INC.,**

    **Counterclaim Defendant.**

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant and counterclaim plaintiff, Dollar Tree Stores, Inc., certifies that the only parent, trust, subsidiary, or affiliate of Dollar Tree Stores, Inc. that has issued shares or debt securities to the public is Dollar Tree, Inc., the parent company of Dollar Tree Stores, Inc.

This the 6th day of January, 2017.

DOLLAR TREE STORES, INC.


By: /s/ Scott C. Miller
Scott C. Miller (VSB No. 77088)
smiller@williamsmullen.com
WILLIAMS MULLEN, P.C.
1700 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660

Turner A. Broughton (VSB No. 42627)
tbroughton@williamsmullen.com
WILLIAMS MULLEN, P.C.
Williams Mullen Center
200 South 10th Street, Suite 1600 (23219)
PO Box 1320
Richmond, VA 23218-1320
Telephone: (804) 420-6000
Facsimile: (804) 420-6507


**Certificate of Service**

I hereby certify that on the 6th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lisa K. Lawrence, Esquire
llawrence@lawrencelawyers.com
David F. Dabbs, Esquire
ddabbs@lawrencelawyers.com
LAWRENCE & ASSOCIATES
701 E. Franklin St., Suite 800
Richmond, Virginia 23219
Telephone: (804) 643-9343

2

Tedd S. Levine, Esquire
lawofficesofteddslevine@gmail.com
THE LAW OFFICES OF TEDD S. LEVINE, LLC
1305 Franklin Avenue, Suite 300
Garden City, New York 11530
Telephone: (516) 294-6852
*Counsel for Tri-Coastal Design Group, Inc.*

      /s/ Scott C. Miller
Scott C. Miller (VSB No. 77088)
smiller@williamsmullen.com
WILLIAMS MULLEN, P.C.
1700 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660

32370256_1

3